UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| LAURA L. HUMPHRIES, | ) Civil Action Number: 0:20-cv-01788-PJG |
| Plaintiff, | ) |
| v. | ) |
| ANDREW M. SAUL,<br>Commissioner of Social Security<br>Administration, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 19th day of April, 2021, upon consideration of Defendant's Motion to Remand and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

April 19, 2021
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE